**DETAINED**

Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONIA MOHAMMADI, | Case No. 2:26-cv-00420-MLP |
| Petitioner, | STIPULATED MOTION AND [PROPOSED] EXPEDITED BRIEFING SCHEDULE |
| v. | |
| PAMELA BONDI, *et al.*, | Noted for Consideration: February 9, 2026 |
| Federal Respondents. | |

Pursuant to this Court's Order, Dkt. 8, Petitioner and Federal Respondents submit this proposed expedited briefing schedule. Currently, Federal Respondents' return is due by February 19, 2026, and Petitioner's Traverse is due February 24, 2026. Dkt. 5.

The parties propose the following briefing schedule for the habeas petition:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return Memorandum | February 17, 2026 |
| Petitioner's Response | February 20, 2026 |

Accordingly, the parties request that the Court enter the proposed briefing schedule and note this matter for consideration on February 20, 2026.

STIPULATED MOTION FOR EXPEDITED BRIEFING SCHEDULE
[Case No. 2:26-cv-00420-MLP] - 1

Gibbs Houston Pauw
1000 Second Ave., Suite 1600
Seattle, WA 98104

DATED this 9th day of February, 2026.

Respectfully submitted,

CHARLES N. FLOYD                          GIBBS HOUSTON PAUW
First Assistant United States Attorney

*s/Alixandria Morris*                              *s/ Hilary Smith*
ALIXANDRIA MORRIS, TX 24095373     HILARY SMITH, WSBA #60474
Assistant United States Attorney           1000 Second Avenue, Suite 1600
United States Attorney's Office              Seattle, Washington 98104
Western District of Washington            Phone: (206) 929-3880
700 Stewart Street, Suite 5220             Email:  hilary.smith@ghp-law.net
Seattle, Washington 98101                   *Attorneys for Petitioner*
Phone: (206) 553-8284
Fax:     (206) 553-4073
Email:  Alixandria.Morris@usdoj.gov
*Attorneys for Federal Respondents*

**I certify that this memorandum contains 91 words, in compliance with the Local Civil Rules.**

# [PROPOSED] ORDER

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| Filing | Deadline |
|---|---|
| Federal Respondents' Return Memorandum | February 17, 2026 |
| Petitioner's Response | February 20, 2026 |

The Petition shall be noted for consideration on February 20, 2026.

DATED this 9th day of February, 2026.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION FOR EXPEDITED BRIEFING SCHEDULE
[Case No. 2:26-cv-00420-MLP] - 3

Gibbs Houston Pauw
1000 SECOND AVE., SUITE 1600
SEATTLE, WA 98104