# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| RONIA MOHAMMADI,<br><br>   Petitioner,<br><br>  v.<br><br>PAMELA BONDI, *et al.*,<br><br>   Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C26-420-MLP |

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**.  This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is granted. Respondents shall release Petitioner from immigration detention within 24 hours.

Dated this 4th day of March, 2026.


Joshua C. Lewis
Clerk

T. Farrell
Deputy Clerk